IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA FOR ) <br> AN ORDER AUTHORIZING THE ) <br> INSTALLATION AND USE OF PEN ) <br> REGISTERS AND TRAP AND ) <br> TRACE DEVICES ) | Mag No.  15-97-N <br><br> Filed Under Seal |

## MOTION TO SEAL PEN REGISTER DOCUMENTS

COMES NOW the United States, by and through its attorney, the United States Attorney for the Southern District of Alabama, and moves the Court to seal the Application and Order for pen register in the above-captioned matter for sixty (60) days.

Government agents from the FBI and other state and federal agencies are currently investigating individuals suspected of alleged criminal activity, including drug trafficking. This investigation is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Reliable intelligence demonstrates that the target is engaged in the sale of illegal drugs and is in regular and ongoing telephone contact through the use of the target cell phone with another individual who is also involved in the sale of illegal drugs in the same localized vicinity. The target cell phone has been utilized by a target of the investigation in negotiating the sale of illegal drugs. Accordingly, there is reason to believe that notification of the investigation may seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. The United States

therefore requests that the Application and Order for pen register be sealed for sixty (60) days. Should the investigation or need for sealing continue beyond this date, or should unsealing the matter be appropriate prior to the expiration of the sixty (60) days, the United States will submit an additional motion.

WHEREFORE, the United States moves the Court to seal the case regarding the above-captioned matter for sixty (60) days.

Respectfully Submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY

By:   /s/ Michele C. O'Brien
Michele C. O'Brien
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845
Facsimile: (251) 441-5277